DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALVARO LOUREN ODUARDO LEYVA,

Appellant,

v.

PACIFIC MANUFACTURING & DESIGN, LLC,
and MARIO BRAVO,

Appellees.

No. 2D2025-2482

_____

May 6, 2026

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Victor L. Zamora, Jr., of Viza Law PLLC, Tampa, for Appellant.

Thomas S. Armiger, Lawrence E. Burkhalter, and Donald A. Blackwell of Weinberg, Wheeler, Hudgins, Gunn & Dial, Miami, for Appellees.


PER CURIAM.

    Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.